**No. 09-8349. Lucille R. Kelley, Petitioner v. Texas Workforce Commission, et al.**

560 U.S. 949, 130 S. Ct. 3381, 176 L. Ed. 2d 1264, 2010 U.S. LEXIS 4493.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 993, 130 S. Ct. 1740, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2213.